IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3087 |
| ) | |
| ROBERT SIMONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Revocation Hearing, filing 58, now set for December 2, 2008, at 12:30 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Tuesday, March 3, 2009, at 12:00 noon. The defendant is ordered to appear at such time.

December 1, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge